UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 18  A 11: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| Great American Insurance Company ) | |
| ) | |
| Plaintiff ) | Docket No:   04-10756(MEL) |
| ) | |
| vs. ) | |
| ) | |
| Allen Interior Systems, Inc., DRN, Inc. ) | |
| d/b/a Northern Interior Systems, ) | |
| Guy Allen and Serge Roy ) | |
| ) | |
| Defendants ) | |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

Allen Interior Systems, Inc. and Guy Allen move for an extension of time to and including July 16, 2004, to file an answer or other responsive pleadings in this matter for the following reasons:

1. The answer or response of the moving defendants is due on or before June 25, 2004.

2. The moving defendants and the plaintiff are discussing settlement. Moving defendants have submitted certain documents pertinent to settlement to plaintiff and a proposed settlement is under consideration. It may not be possible to complete discussion of settlement before June 25.

3. It would be an unnecessary expense and burden for the moving defendants to prepare an answer or other responsive pleadings if the matter is settled.

4. Counsel for the plaintiff assents to the relief requested herein.

1

WHEREFORE, defendants Allen Interior Systems, Inc. and Guy Allen moves this Honorable Court:

A. Grant an extension of time to and including July 16, 2004 to file an answer or other responsive pleadings; and

B. Grant such other and further relief as justice may require.

Respectfully Submitted,

Allen Interior Systems, Inc.
And Guy Allen

By their attorneys,
D'AMANTE COUSER STEINER PELLERIN, P.A.

June 17, 2004

_____
Richard B. Couser, Esq. (BBO: 645543)
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have forwarded a copy of this Assented to Motion for Extension of Time to File Answer or Other Responsive Pleading to Jonathan C. Burwood, Esq. And William S. Gannon, Esq.

Dated: June 17, 2004

_____
Richard B. Couser, Esq. (BBO: 645543)