# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company ) | |
| ) | |
| Plaintiff ) | Docket No:    04-10756(MEL) |
| ) | |
| vs. ) | |
| ) | |
| Allen Interior Systems, Inc., DRN, Inc. ) | |
| d/b/a Northern Interior Systems, ) | |
| Guy Allen and Serge Roy ) | |
| ) | |
| Defendants ) | |

## CORPORATE DISCLOSURE STATEMENT

Allen Interior Systems, Inc., pursuant to Local Rule 7.3, discloses that there is no parent corporation or publicly held company that owns 10% or more of its stock.

Respectfully Submitted,

Allen Interior Systems, Inc.

By their attorneys,
D'AMANTE COUSER STEINER
PELLERIN, P.A.

June 17, 2004

_____
Richard B. Couser, Esq. (BBO: 645543)
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have forwarded a copy of this Corporate Disclosure Statement to Jonathan C. Burwood, Esq. And William S. Gannon, Esq.

Dated:    June 17, 2004

_____
Richard B. Couser, Esq. (BBO: 645543)