UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                    )
Great American Insurance Company    )
                                    )
              Plaintiff             )     Docket No:   04-10756(MEL)
                                    )
vs.                                 )
                                    )
Allen Interior Systems, Inc., DRN, Inc. )
d/b/a Northern Interior Systems,    )
Guy Allen and Serge Roy             )
                                    )
              Defendants            )
                                    )
```

FILED
IN CLERKS OFFICE
2004 JUN 18  A 11: 21
U.S. DISTRICT COURT
DISTRICT OF MASS

## SPECIAL APPEARANCE

Please enter my Special Appearance in the above-referenced matter on behalf of:

Allen Interior Systems, Inc.
511 Borough Road
Pembroke, NH 03275

Guy Allen
President
Allen Interior Systems, Inc.
511 Borough Road
Pembroke, NH 03275

Copies of this Special Appearance have been forwarded to my clients via regular mail.

Copies of this Special Appearance have also this day been forwarded to:

Jonathan C. Burwood, Esq.   (Counsel for Great American Insurance Company)
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210

1

William S. Gannon, Esq.   (Counsel for Serge Roy)
William S. Gannon, PLLC
889 Elm Street
Manchester, NH 03101

                                        Respectfully Submitted,

                                        Allen Interior Systems, Inc.
                                        And Guy Allen

                                        By their attorneys,
                                        D'AMANTE COUSER STEINER
                                        PELLERIN, P.A.

Dated:   6/17/04

                                        Richard B. Couser, Esq. (BBO: 645543)
                                        Nine Triangle Park Drive
                                        P.O. Box 2650
                                        Concord, NH 03302-2650