UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company <br><br> Plaintiff <br><br> v. <br><br> Allen Interior Systems, Inc., DRN, Inc. d/b/a Northern Interior Systems, Guy Allen and Serge Roy <br><br> Defendants | Docket No. 04-10756(MEL) |

## SPECIAL APPEARANCE

Please enter my Special Appearance in the above-referenced matter on behalf of:

Serge Roy
c/o William S. Gannon PLLC
889 Elm Street, 4th Floor
Manchester NH 03101

Copies of this Special Appearance have been forwarded to:

Jonathan C. Burwood, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane
Boston MA 02210

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
PO Box 2650
Concord NH 03302-2650

Grenville Clark, III, Esq.

Wendell & Clark, PC
Center of New Hampshire
650 Elm Street
Manchester NH 03101

          Respectfully submitted,

          SERGE ROY

          By one of his attorneys

Dated: July 26, 2004

          _____
          David W. Carr, Esq.

          4 Newman Way
          Arlington MA 02174

          and

          William S. Gannon, Esq.
          WILLIAM S. GANNON PLLC
          889 Elm St., 4th Fl.
          Manchester NH 03101
          PH: 603-621-0833
          FX: 603-621-0830