UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Great American Insurance Company

Plaintiff

v.

Allen Interior Systems, Inc., DRN, Inc.
d/b/a Northern Interior Systems,
Guy Allen and Serge Roy

Defendants

Docket No. 04-10756(MEL)

## DEFENDANT SERGE ROY'S
## ANSWER TO CROSS CLAIM AGAINST DRN, INC., D/B/A NORTHERN INTERIOR SYSTEMS, INC. AND SERGE ROY

The Defendant, Serge Roy (the "Defendant" or "Roy"), respectfully answers and responds to the Cross Claim Against DRN, Inc., d/b/a Northern Interior Systems, Inc. and Serge Roy filed by Allen Interior Systems, Inc. and Guy Allen ("Allen Interior" and "Allen") Great American Insurance Company ("Great American" or the "Plaintiff") as follows:

56.     The Defendant Roy does not have sufficient information to form a reasonable belief as to the completeness and truth of the allegations made in this Paragraph and, therefore, denies them.

Respectfully submitted,

SERGE ROY

By one of  his attorneys

Dated: July 26, 2004

_David W. Carr, Esq._

4 Newman Way
Arlington MA 02174

and

William S. Gannon, Esq.
WILLIAM S. GANNON PLLC
889 Elm St., 4th Fl.
Manchester NH 03101
PH: 603-621-0833
FX: 603-621-0830

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Pleading on each person named below by causing it to be mailed by first-class United States Mail, postage pre-paid:

Jonathan Burwood, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane
Boston MA 02210

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
PO Box 2650
Concord NH 03302-2650

Grenville Clark, III, Esq.
Wendell & Clark, PC
Center of New Hampshire
650 Elm Street
Manchester NH 03101

Dated: July 26, 2004

_Jeanne Arquette-Koehler_
Mary Ann Joyce