UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company<br><br>Plaintiff<br><br>v.<br><br>Allen Interior Systems, Inc., DRN, Inc.<br>d/b/a Northern Interior Systems,<br>Guy Allen and Serge Roy<br><br>Defendants | Docket No. 04-10756(MEL) |

## DEFENDANT SERGE ROY'S
### ASSENTED-TO MOTION TO EXTEND DATE BY WHICH DEFENDANT MUST ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT

The Defendant, Serge Roy (the "Defendant" or "Roy"), through his counsel, William S. Gannon, PLLC, respectfully moves this Court for an Order extending the date by which the Defendant must answer or otherwise plead in response to the Complaint filed by Great American Insurance Company ("Great American") from June 28, 2004 to July 27, 2004. In support thereof, Defendant states:

1. The Plaintiff consents to the extension of the answer or response date to July 27, 2004.

WHEREFORE, the Defendant respectfully requests this Court to extend the dates by which he must file an answer or otherwise respond to the Complaint and grant the Appellant such further relief as maybe just an equitable under the circumstances.

Respectfully submitted,

SERGE ROY

G:\Roy.Serge\Great Am Ins v Allen et als\MExtend Complaint Answer 07 23 04.wpd - Pg. 1

By one of his attorneys

Dated: July 26th, 2004

_____
David W. Carr, Esq.

4 Newman Way
Arlington MA 02174

and

William S. Gannon, Esq.
WILLIAM S. GANNON PLLC
889 Elm St., 4th Fl.
Manchester NH 03101
PH: 603-621-0833
FX: 603-621-0830

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Pleading on each person named below by causing it to be mailed by first-class United States Mail, postage pre-paid:

Jonathan Burwood, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane
Boston MA 02210

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
PO Box 2650
Concord NH 03302-2650

Grenville Clark, III, Esq.
Wendell & Clark, PC
Center of New Hampshire
650 Elm Street
Manchester NH 03101

Dated: July 26, 2004

_____
Jeanne Arquette-Koehler
Mary Ann Joyce

G:\Roy.Serge\Great Am Ins v Allen et als\MExtend Complaint Answer 07 23 04.wpd - Pg. 2