UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company<br><br>　　　Plaintiff<br><br>v.<br><br>Allen Interior Systems, Inc., DRN, Inc.<br>d/b/a Northern Interior Systems,<br>Guy Allen and Serge Roy<br><br>　　　Defendants | Docket No. 04-10756(MEL)<br><br>FILING FEE PAID<br>RECEIPT #<br>AMOUNT $<br>BY DPTY CLK<br>DATE |

## MOTION TO ADMIT WILLIAM S. GANNON PRO HAC VICE

Pursuant to LR, D. Mass 83.5.3, David W. Carr, counsel to the Defendant Serge Roy, respectfully moves this Court to admit William S. Gannon, Esquire, pro hac vice, as co-counsel for the Defendant Serge Roy in the above-captioned matter.

In support of this Motion, the Affidavit of William S. Gannon, Esquire has been attached hereto and is made a part hereof.

Movant requests that this Court grant this Motion without notice or hearing because the Motion is procedural, not substantive and notice would be burdensome and unnecessary and counsel to the Plaintiff and the other Defendants have assented to this Motion.

The grounds for this Motion are as follows:

1.　Mr. Gannon is a member in good standing of every bar in which he has been admitted to practice.

2.　Mr. Gannon has been admitted to practice before, among other courts, the United States Bankruptcy Court for the District of New Hampshire, the United States Bankruptcy Court for the District of Maine, the United States Bankruptcy Court for the District of Massachusetts (Boston and Worcester), the United States Bankruptcy Court

for the Eastern District of Kentucky, the United States District Court for the District of New Hampshire, the United States District Court for the District of Massachusetts, the Middlesex Superior Court for the Commonwealth of Massachusetts, the United States District Court for the District of Nevada, the United States Circuit Court of Appeals for the First Circuit and the United States Circuit Court of Appeals for the Ninth Circuit.

3. There are no disciplinary proceedings pending against Mr. Gannon as a member of the bar of any jurisdiction.

4. Mr. Gannon is familiar with the local rules for practice before the Massachusetts courts.

5. Mr. Gannon is familiar with the issues in this lawsuit.

6. This Motion is made by a member of the Massachusetts bar who has filed an Appearance and other pleadings on behalf of Defendant Serge Roy in this matter.

7. As required for admission pro hac vice under ==, the State of New Hampshire, in which Mr. Gannon is admitted to practice, grants reciprocal privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

WHEREFORE, the Defendant Serge Roy, by and through his counsel, moves this Court to admit William S. Gannon pro hac vice for the purpose of assisting in the representation of Serge Roy in this litigation.

Respectfully submitted,

SERGE ROY

By one of his attorneys

Dated: August 9th, 2004

_David W. Carr_
David W. Carr, Esq.

4 Newman Way
Arlington MA 02174
Ph: 781-646-6565

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Pleading on each person named below by causing it to be mailed by first-class United States Mail, postage pre-paid:

Jonathan Burwood, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane
Boston MA 02210

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
PO Box 2650
Concord NH 03302-2650

Grenville Clark, III, Esq.
Wendell & Clark, PC
Center of New Hampshire
650 Elm Street
Manchester NH 03101

Dated: August 9th, 2004

_____
David W. Carr, Esq.