UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company <br><br> Plaintiff <br><br> v. <br><br> Allen Interior Systems, Inc., DRN, Inc. d/b/a Northern Interior Systems, Guy Allen and Serge Roy <br><br> Defendants | Docket No. 04-10756(MEL) |

## AFFIDAVIT OF WILLIAM S. GANNON, ESQUIRE

I, William S. Gannon, being duly sworn, depose and say:

1. I have personal knowledge of the facts to which I depose herein.

2. I am a sole practitioner with a business address of 889 Elm Street, 4th Floor, Manchester, NH 03101 (Telephone number 603-621-0833).

3. I am familiar with the local rules for practice before the Massachusetts courts.

4. I am and have been a member in good standing of the Bar of the State of New Hampshire since the date I was admitted to practice in October, 1974. I am admitted to practice before, among other courts, the United States Bankruptcy Court for the District of New Hampshire, the United States Bankruptcy Court for the District of Maine, the United States Bankruptcy Court for the District of Massachusetts (Boston and Worcester), the United States Bankruptcy Court for the Eastern District of Kentucky, the United States District Court for the District of New Hampshire, the United States District Court for the District of Massachusetts, the Middlesex Superior Court for the Commonwealth of Massachusetts, the United States District Court for the District of Nevada, the United States Circuit Court of Appeals for the First Circuit and the United

States Circuit Court of Appeals for the Ninth Circuit.

5.  I respectfully request that this Court to permit me to appear for the Defendant Serge Roy and to admit me, pro hac vice, to practice before it in this case.

Submitted under the pains and penalties of perjury.

DATED: August 4, 2004

William S. Gannon, Esquire

WILLIAM S. GANNON PLLC
889 Elm Street, 4th Floor
Manchester NH 03101
PH: 603-621-0833
FX: 603-621-0830

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH, SS

Personally before me appeared WILLIAM S. GANNON who signed this Affidavit and swore that it is true to the best of his knowledge and belief.

DATED:  August 4, 2004

Notary Public/Justice of the Peace

JILL FREETHEY
MY COMMISSION EXPIRES
APR. 7, 2009
NOTARY PUBLIC
NEW HAMPSHIRE