UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>       Plaintiff,<br>v.<br><br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>       Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>       Counterclaimants,<br><br>v.<br><br>SERGE ROY, and DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS<br>       Counterdefendants.. | Civil Action No. 04-10756 (MEL) |

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Please enter the appearance of Jonathan C. Burwood as counsel for Great American Insurance Company in addition to those appearances already entered on behalf of Cetrulo & Capone in the above-entitled action.

Respectfully Submitted,
**GREAT AMERICAN INSURANCE COMPANY**
By its attorneys,

/s/ Jonathan Burwood

Jonathan C. Burwood, BBO #643674
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Date: September 21, 2004

### CERTIFICATE OF SERVICE

I, Jonathan C. Burwood, BBO #643674, hereby certify that on this 21st day of September, 2004, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

William S. Gannon, Esq.
889 Elm Street
Manchester, NH 03101

David W. Carr, Esq.
4 Newman Way
Arlington, MA 02174

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

/s/ Jonathan Burwood

Jonathan C. Burwood, BBO #643674
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500