UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company ) | |
| ) | |
| Plaintiff ) | Docket No: 04-10756(MEL) |
| ) | |
| vs. ) | |
| ) | |
| Allen Interior Systems, Inc., DRN, Inc. ) | |
| d/b/a Northern Interior Systems, ) | |
| Guy Allen and Serge Roy ) | |
| ) | |
| Defendants ) | |

## DEFENDANT ALLEN INTERIOR SYSTEMS, INC. AND GUY ALLEN'S MOTION FOR SUMMARY JUDGMENT

NOW COME Allen Interior Systems, Inc. and Guy Allen by their attorneys D'Amante Couser Steiner Pellerin, P.A., and move pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in their favor, and in support state as follows:

1. This Court should grant summary judgment in favor of Defendants Guy Allen and Allen Interior Systems, Inc. because neither Guy Allen, Allen Interior Systems, nor any agent authorized to act on behalf of Guy Allen or Allen Interior Systems, Inc. entered into the Agreement to Indemnify which forms the sole basis for Plaintiff's claims against Guy Allen and Allen Interior Systems, Inc. In addition, the Plaintiff's claims against Guy Allen and Allen Interior Systems, Inc. are barred by the statute of frauds.

2. The Affidavit of Guy Allen, dated September 1, 2004, is attached hereto and incorporated herein in support of this motion.

3. A memorandum of law supporting Defendants' motion for summary judgment is filed herewith and incorporated herein.

4. Counsel for Defendants Guy Allen and Allen Interior Systems, Inc. has conferred with counsel to the Plaintiff, but they have been unable to resolve or narrow the issues relevant to this motion.

WHEREFORE, Allen Interior Systems, Inc. and Guy Allen respectfully request that this court:

A. Grant summary judgment in favor of Defendants Guy Allen and Allen Interior Systems, Inc.;

B. Dismiss all claims as against Guy Allen and Allen Interior Systems, Inc.; and

C. Grant such other and further relief as is just and proper.

Respectfully submitted,

ALLEN INTERIOR SYSTEMS, Inc. and
GUY ALLEN, Individually

By Their Attorneys,
D'AMANTE COUSER STEINER
PELLERIN, P.A.

Dated: 9/30/04

_____
Richard B. Couser, Esq. (BBO: 645543)
9 Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603) 224-6777

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have provided a copy of Defendants Allen Interior Systems, Inc. And Guy Allen's Motion for Summary Judgment to Jonathan C. Burwood, Esq., William S. Gannon, Esq., David W. Carr, Esq. and Grenville Clark, III, Esq.

Dated: 9/30/04

Richard B. Couser, Esq. (BBO: 645543)