UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company ) | |
| ) | |
| Plaintiff ) | Docket No: 04-10756(MEL) |
| ) | |
| vs. ) | |
| ) | |
| Allen Interior Systems, Inc., DRN, Inc. ) | |
| d/b/a Northern Interior Systems, ) | |
| Guy Allen and Serge Roy ) | |
| ) | |
| Defendants ) | |

### ASSENTED TO MOTION TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND CROSS-CLAIMS OF ALLEN INTERIOR SYSTEMS, INC. AND GUY ALLEN

NOW COME Allen Interior Systems, Inc. and Guy Allen by and through their attorneys, D'Amante Couser Steiner Pellerin, P.A., and hereby move pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to allow them to amend the Answer, Affirmative Defenses and Cross-Claims of Allen Interior Systems, Inc. and Guy Allen (the "Answer"), saying further as follows:

1. When Defendants Allen Interior Systems, Inc. ("AIS") and Guy Allen (collectively, "Defendants") filed their Answer in this matter on July 14, 2004, they inadvertently failed to include the applicability of the statute of frauds as an affirmative defense. A copy of the proposed Amended Answer is attached hereto. The proposed amendment involves the addition of new paragraph 55, and the renumbering of paragraphs 56 and 57.

2.    Pursuant to Rule 15 (a), leave to amend a party's pleading "shall be freely given when justice so requires." In this situation, the Plaintiff will not be prejudiced by this Court's allowing Defendants to amend their Answer to assert the applicability of the statute of frauds. Defendants' original Answer was filed only two months ago, and discovery has not proceeded far as yet. In addition, Defendants believe that the entire case, as against Defendants, may be resolved based upon the assertion of the statute of frauds, and therefore assertion of this defense is not futile.

3.    Counsel to Plaintiff has assented to this motion.

WHEREFORE, Allen Interior Systems, Inc. and Guy Allen respectfully request that this court:

A.    Allow Allen Interior Systems, Inc. and Guy Allen to amend their Answer to include the defense of the statute of frauds; and

B.    Grant such other and further relief as is just and proper.

Respectfully submitted,

ALLEN INTERIOR SYSTEMS, Inc. and
GUY ALLEN, Individually

By Their Attorneys,
D'AMANTE COUSER STEINER
    PELLERIN, P.A.

Dated: 9/30/04

Richard B. Couser, Esq. (BBO: 645543)
9 Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603) 224-6777

## CERTIFICATE OF SERVICE

     I hereby certify that on this date I have provided a copy of this Assented Motion to Amend Answer, Affirmative Defenses and Cross Claims of Allen Interior Systems, Inc., and Guy Allen to Jonathan C. Burwood, Esq., William S. Gannon, Esq., David W. Carr, Esq. and Grenville Clark, III, Esq.

Dated: 9/30/04

                                                  Richard B. Couser, Esq. (BBO: 645543)