UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>　　　　Plaintiff,<br>v.<br><br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>　　　　Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>　　　　Counterclaimants,<br><br>v.<br><br>SERGE ROY, and DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS,<br>　　　　Counterdefendants. | Civil Action No. 04-10756 (MEL) |

### ASSENTED-TO MOTION REQUESTING EXTENSION OF TIME FOR GREAT AMERICAN TO FILE ITS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF ALLEN INTERIOR SYSTEMS, INC. AND GUY ALLEN

Plaintiff Great American Insurance Company ("Great American") hereby moves the Court for a brief extension of time, through and including October 25, 2004, to file its opposition to the Motion for Summary Judgment filed by Defendants Allen Interior Systems, Inc. and Guy Allen (the "Allen Defendants") on or about September 30, 2004. Pursuant to Local Rule 7.1, Great American's opposition is presently due on or before October 14, 2004. However, as Great American did not receive the Allen Defendants' Motion for Summary Judgment until October 4, 2004, and, pursuant to Federal Rule

-2-

56(e) it will be necessary to secure affidavits in opposition to same, Great American respectfully requests additional time, through and including October 25, 2004, to file its opposition.

This is Great American's first request for an extension with respect to this matter. Moreover, counsel for the Allen Defendants assents to the relief requested herein.

WHEREFORE, Great American respectfully requests that this Honorable Court:

A.  Grant Great American an extension of time, through and including October 25, 2004, to file its opposition to the Allen Defendants' Motion for Summary Judgment; and

B.  Grant such other and further relief as justice may require.

> Respectfully Submitted,
> **GREAT AMERICAN**
> **INSURANCE COMPANY**
> By its attorneys,
>
> /s/ Jonathan C. Burwood
> _____
> Bradford R. Carver, BBO #565396
> Jonathan C. Burwood, BBO #643674
> Cetrulo & Capone LLP
> Two Seaport Lane, 10th Floor
> Boston, MA 02110
> (617) 217-5500

Date: October 13, 2004

-3-

## CERTIFICATE OF SERVICE

     I, Jonathan C. Burwood, BBO #643674, hereby certify that on this 13th day of October, 2004, I caused a true and accurate copy of the above to be served via first class mail and/or electronic filing, postage prepaid, on the following counsel of record:

| | |
|---|---|
| William S. Gannon, Esq.<br>889 Elm Street<br>Manchester, NH 03101 | David W. Carr, Esq.<br>4 Newman Way<br>Arlington, MA 02174 |
| Richard B. Couser, Esq.<br>D'Amante Couser Steiner Pellerin, P.A.<br>Nine Triangle Park Drive<br>P.O. Box 2650<br>Concord, NH 03302-2650 | Grenville Clark, III, Esq.<br>Gray, Wendell & Clark, P.C.<br>The Center of New Hampshire<br>650 Elm Street<br>Manchester, NH  03101 |

                            /s/ Jonathan C. Burwood

                            _____

                            Jonathan C. Burwood, BBO #643674<br>                            Cetrulo & Capone LLP<br>                            Two Seaport Lane, 10th Floor<br>                            Boston, MA 02110<br>                            (617) 217-5500