UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>      Plaintiff,<br>v.<br><br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>      Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>      Counterclaimants,<br>v.<br><br>SERGE ROY, and DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS<br>      Counterdefendants. | Civil Action No. 04-10756 (MEL) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., Great American Insurance Company hereby files this statement identifying its parent companies and any publicly held corporation that owns 10% or more of its stock:

Great American Life Insurance Company is a subsidiary of American Financial Group, Inc., which is publicly traded on the New York Stock Exchange (NYSE: AFG). American Financial Group, Inc. is a holding company for Great American Insurance Group. Great American Insurance Company is a member of Great American Insurance Group.

Respectfully Submitted,
**GREAT AMERICAN INSURANCE COMPANY**
By its attorneys,

*/s/ Jonathan Burwood*

Jonathan C. Burwood, BBO #643674
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Date: September 28, 2004

## CERTIFICATE OF SERVICE

I, Jonathan C. Burwood, BBO #643674, hereby certify that on this 28th day of September, 2004, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

William S. Gannon, Esq.
889 Elm Street
Manchester, NH 03101

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

David W. Carr, Esq.
4 Newman Way
Arlington, MA 02174

Grenville Clark, III, Esq.
Gray, Wendell & Clark, P.C.
The Center of New Hampshire
650 Elm Street
Manchester, NH 03101

*/s/ Jonathan Burwood*

Jonathan C. Burwood, BBO #643674
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>    Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>    Counterclaimants,<br><br>v.<br><br>SERGE ROY,<br>    Counterdefendant. | Civil Action No. 04-10756 (MEL) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

This will certify that undersigned counsel for the plaintiff has conferred with Mr. Ed Kirsch of Great American Insurance Company: (a) with a view to establishing a budget of the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210

_____
Ed R. Kirsch
Great American Insurance Company
c/o E. Kirsch LLC
1901 Glenn Ridge Road
Baltimore, MD 21234

## CERTIFICATE OF SERVICE

I, Jonathan C. Burwood, BBO #643674, hereby certify that on this **25th** day of September, 2004, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

William S. Gannon, Esq.
889 Elm Street
Manchester, NH 03101

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

David W. Carr, Esq.
4 Newman Way
Arlington, MA 02174

Grenville Clark, III, Esq.
Gray, Wendell & Clark, P.C.
The Center of New Hampshire
650 Elm Street
Manchester, NH 03101

Jonathan C. Burwood, BBO #643674
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

# CETRULO & CAPONE LLP
### COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200
www.cetcap.com

NEW YORK, NEW YORK
TELEPHONE (212) 635-2230

Direct Dial: (617) 217-5355
jburwood@cetcap.com

PROVIDENCE, RHODE ISLAND
TELEPHONE (401) 274-7850

September 28, 2004

Clerk of the Court
U.S. District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

> Re: Great American Insurance Company v. Allen Interior Systems, Inc., DRN, Inc. d/b/a Northern Interior Systems, Guy Allen, and Serge Roy; Civil Action No. 04 10756 MEL
> Our File: 1613-7

Dear Sir/Madam:

Enclosed is an original and one copy of the Certification Pursuant to Local Rule 16.1(D) and Corporate Disclosure Statement of Great American Insurance Company. Please date stamp the copy and return it to me in the enclosed self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jonathan C. Burwood

JCB/lam

Enclosures

cc: Richard B. Couser, Esq.
William S. Gannon, Esq.
David W. Carr, Esq.
Grenville Clark, III, Esq.

344630v1