# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 28 P 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |  |
|---|---|---|---|
| Great American Insurance Company | ) | | |
| | ) | | |
| Plaintiff | ) | Docket No: | 04-10756(MEL) |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| Allen Interior Systems, Inc., DRN, Inc. | ) | | |
| d/b/a Northern Interior Systems, | ) | | |
| Guy Allen and Serge Roy | ) | | |
| | ) | | |
| Defendants | ) | | |

## CERTIFICATION OF CONFERMENT

NOW COMES, Allen Interior Systems, Inc. and Guy Allen with their attorneys

D'Amante Couser Steiner Pellerin, P.A. and hereby affirms that they have met and conferred

over the following topics:

1.  With a view to establish a budget for the costs of conducting the full course – and various alternative courses of the litigation; and

2.  To consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully Submitted,

D'AMANTE COUSER STEINER
PELLERIN, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

Dated: 9/28/04

Richard B. Couser, Esq. (BBO: 645543)

1

Dated:

Guy Allen, Individually and as sole
Owner and Officer of Allen Interior
Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have provided a copy of this Certification of
Conferment to Jonathan C. Burwood, Esq., William S. Gannon, Esq., David W. Carr, Esq. and
Grenville Clark, III, Esq.

Dated: _9/28/04_

Richard B. Couser, Esq. (BBO: 645543)

2