UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company<br><br>Plaintiff<br><br>v.<br><br>Allen Interior Systems, Inc., DRN, Inc.<br>d/b/a Northern Interior Systems,<br>Guy Allen and Serge Roy<br><br>Defendants | Docket No. 04-10756(MEL) |

## CERTIFICATE OF CONFERMENT

The Defendant, Serge Roy (the "Defendant", "Disclosing Party" or "Roy"), with its counsel, William S. Gannon, PLLC, hereby affirm that they have met and conferred over the following topics:

1. With a view to establish a budget for the costs of conducting the full course – and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Dated: October 25, 2004

/s/ William S. Gannon
William S. Gannon

WILLIAM S. GANNON PLLC
889 Elm Street, 4th Floor
Manchester NH 03101
(603)621-0833

Dated: October 25, 2004

*/s/ Serge Roy*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Pleading on each person named below by causing it to be emailed:

Jonathan Burwood, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane
Boston MA 02210

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
PO Box 2650
Concord NH 03302-2650

Grenville Clark, III, Esq.
Wendell & Clark, PC
Center of New Hampshire
650 Elm Street
Manchester NH 03101

David W. Carr, Esq.
4 Newman Way
Arlington MA 02476

Dated: October 26, 2004

*/s/ Jeanne Arquette-Koehler*
Jeanne Arquette-Koehler
Mary Ann Joyce