UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, <br>     Plaintiff, <br> v. <br><br> ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY, <br>     Defendants, <br><br> ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN, <br>     Counterclaimants, <br><br> v. <br><br> SERGE ROY, <br>     Counterdefendant. | Civil Action No. 04-10756 (MEL) |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL GREAT AMERICAN INSURANCE COMPANY**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Great American Company is as follows:

**Hinshaw & Culbertson LLP**
**One International Place, 3rd Floor**
**Boston, MA 02110**
**Telephone: (617) 213-7000**
**Fax: (617) 213-7001**

1

2

                                      Respectfully submitted,
                                      Great American Insurance Company,
                                      By its attorneys,

/s/ Bradford R. Carver

_____

Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO#643674
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 217-5500

Date: July 15, 2005