UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>　　　Plaintiff,<br>v.<br><br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>　　　Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>　　　Counterclaimants,<br>v.<br><br>SERGE ROY,<br>　　　Counterdefendant. | Civil Action No. 04-10756 (MEL) |

## GREAT AMERICAN INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SERGE ROY

The Plaintiff, Great American Insurance Company("Great American"), hereby moves pursuant to Fed.R.Civ.P. 56 and LR, D.Mass. 56.1, for the entry of summary judgment in its favor against Defendant Serge Roy (hereinafter referred to as "Indemnitor"). As grounds for this Motion, Great American states that it is entitled to indemnification as a matter of law for the following reasons:

　　　1.　　The Indemnitor executed an Agreement of Indemnity ("Indemnity Agreement") obligating him to indemnify Great American, as surety, for any and all losses Great American incurred as a result of issuing surety bonds on behalf of its

1

principals, State Line Drywall, Inc.("State Line") and DRN, Inc. d/b/a Northern Interior Systems ("Northern").

2. Great American, in good faith, incurred losses as a result of issuing surety bonds on behalf of State Line and Northern in an amount not less than $3,404,705.92; and

3. The Indemnitor has failed to reimburse Great American for its losses in violation of the terms of the Indemnity Agreement.

There is no genuine issue as to any material fact and, based on those material facts, Great American is entitled to judgment as a matter of law.

In support of this Motion, Great American submits the following documents:

1. Memorandum of Law in Support of Great American's Motion for Summary Judgment;

2. Great American's Statement of Material Facts in Support of its Motion for Summary Judgment;

3. Affidavit of Ed Kirsch.

Counsel for Great American has conferred with counsel for Defendant Serge Roy but has been unable to resolve or narrow the issues relevant to this motion.

WHEREFORE, Great American Insurance Company respectfully requests that this Honorable Court grant its Motion for Summary Judgment in its entirety, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,
Great American Insurance Company,
By its attorneys,

*/s/ Jonathan Burwood*

Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 217-5500

Date: July 15, 2005

### CERTIFICATE OF SERVICE

I, Jonathan C. Burwood, BBO #643674, hereby certify that on this 15th day of July, 2005, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

William S. Gannon, Esq.
889 Elm Street
Manchester, NH 03101

David W. Carr, Esq.
4 Newman Way
Arlington, MA 02174

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

*/s/ Jonathan Burwood*

Jonathan C. Burwood, BBO #643674
