UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company ) | |
| ) | |
| Plaintiff ) | Docket No:   04-10756(MEL) |
| ) | |
| vs. ) | |
| ) | |
| Allen Interior Systems, Inc., DRN, Inc. ) | |
| d/b/a Northern Interior Systems, ) | |
| Guy Allen and Serge Roy ) | |
| ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

NOW COMES, Allen Interior Systems, Inc. and Guy Allen move for an extension of time to and including August 15, 2005, to file a response to Great American Insurance Company's Motion for Summary Judgment Against Serge Roy:

1. The Plaintiff in this matter moved for summary judgment against Defendant Serge Roy on July 15, 2005.

2. Richard B. Couser, Esq., the primary attorney representing Allen Interior Systems, Inc. ("AIS") and Guy Allen, is on vacation until July 30, 2005.

3. An extension of time to respond to the summary judgment motion until August 15, 2005 will enable Attorney Couser to evaluate whether a response to this summary judgment motion on behalf of AIS and Guy Allen is required, and, if so, to formulate this response.

4. Counsel for the Plaintiff assents to the relief requested herein.

5. The requested extension will not cause a delay of any scheduled court hearings or other scheduled dates.

1

6. No supporting papers are filed herewith, because counsel to the Plaintiff has given his assent to this request and the facts underlying the request are contained herein.

WHEREFORE, defendants Allen Interior Systems, Inc. and Guy Allen move this Honorable Court to:

A. Grant an extension of time to and including August 15, 2005 to file an objection to Plaintiff's motion for summary judgment; and

B. Grant such other and further relief as justice may require.

Respectfully Submitted,

Allen Interior Systems, Inc.
And Guy Allen

By their attorneys,
D'AMANTE COUSER STEINER
PELLERIN, P.A.

_____ (BBO: 635664) for
Richard B. Couser, Esq. (BBO: 645543)
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603)-224-6777
(603)-224-6696 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have forwarded a copy of this Assented to Motion for Extension of Time to File Objection to Motion for Summary Judgment to Jonathan C. Burwood, Esq., David W. Carr, Esq. and William S. Gannon, Esq.

Dated: 7/20/05

_____ (BBO: 635664) for
Richard B. Couser, Esq. (BBO: 645543)