UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br><br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>    Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>    Counterclaimants,<br><br>v.<br><br>SERGE ROY,<br>    Counterdefendant. | Civil Action No. 04-10756 (MEL) |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR GREAT AMERICAN INSURANCE COMPANY

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Great American Insurance Company is as follows:

Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 213-7000
Fax: (617) 213-7001

                                                                                         Respectfully submitted,
Great American Insurance Company,
By its attorneys,

/s/ Jonathan Burwood
Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO#643674
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 217-5500

Date: July 20, 2005

## CERTIFICATE OF SERVICE

I, Jonathan C. Burwood, BBO #643674, hereby certify that on this 20th day of July, 2005, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

William S. Gannon, Esq.
889 Elm Street
Manchester, NH 03101

David W. Carr, Esq.
4 Newman Way
Arlington, MA 02174

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

_____
Jonathan C. Burwood, BBO#643674