UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Great American Insurance Company <br><br> Plaintiff <br><br> v. <br><br> Allen Interior Systems, Inc., DRN, Inc. d/b/a Northern Interior Systems, Guy Allen and Serge Roy <br><br> Defendants | Docket No. 04-10756(MEL) |

### DEFENDANT SERGE ROY'S
### ASSENTED-TO MOTION TO EXTEND DATE BY WHICH DEFENDANT MUST RESPOND TO MOTION FOR SUMMARY JUDGMENT

The Defendant, Serge Roy (the "Defendant" or "Roy"), through his counsel, William S. Gannon, PLLC, respectfully moves this Court for an Order extending the date by which the Defendant must respond to the Motion for Summary Judgment filed by Great American Insurance Company (the "Plaintiff" or "Great American") to and including August 15, 2005. In support thereof, Defendant states:

1. The Plaintiff moved for summary judgment against Defendant Serge Roy on July 15, 2005.

2. The Defendant's counsel has been involved in numerous depositions during this week and will be on vacation the week of July 25, 2005.

3. The Plaintiff consents to the extension of the response date to and including August 15, 2005.

G:\Roy.Serge\Great Am Ins v Allen et als\Pleadings\MExtend Response Date SJ 07 22 05.wpd - Pg. 1

4. No supporting papers are filed herewith as counsel to the Plaintiff has given his assent to this request and the facts underlying the request are contained herein.

WHEREFORE, the Defendant respectfully requests this Court to extend the dates by which he must respond to the Motion for Summary Judgment and grant such further relief as maybe just an equitable under the circumstances.

Respectfully submitted,

SERGE ROY

By one of his attorneys

Dated: July 25, 2005

William S. Gannon, Esq.
WILLIAM S. GANNON PLLC
889 Elm St., 4th Fl.
Manchester NH 03101
PH: 603-621-0833
FX: 603-621-0830

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Pleading on each person named below by causing it to be mailed by first-class United States Mail, postage pre-paid:

Jonathan C. Burwood, Esq.
Hinshaw & Culbertson LLP
One International Place
Fort Hill Square, 3rd Floor
Boston MA  02110

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
PO Box 2650
Concord NH 03302-2650

Grenville Clark, III, Esq.
Wendell & Clark, PC
Center of New Hampshire
650 Elm Street
Manchester NH 03101

Dated:   July 25, 2005

Jeanne Arquette-Koehler
Mary Ann Joyce