# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
Great American Insurance Company        )
                                        )
            Plaintiff                   )        Docket No:     04-10756(MEL)
                                        )
vs.                                     )
                                        )
Allen Interior Systems, Inc., DRN, Inc. )
d/b/a Northern Interior Systems,        )
Guy Allen and Serge Roy                 )
                                        )
            Defendants                  )
_____)


## DEFENDANT ALLEN INTERIOR SYSTEMS, INC. AND GUY ALLEN'S
## MOTION FOR SUMMARY JUDGMENT

NOW COME Allen Interior Systems, Inc. and Guy Allen by their attorneys D'Amante Couser Steiner Pellerin, P.A., and move pursuant to Fed.R.Civ.P. 56 and LR, D.Mass. 56.1, for the entry of summary judgment in their favor.  As grounds for this motion, Allen Interior Systems, Inc. and Guy Allen state as follows:

1.      This Court should grant summary judgment in favor of Defendants Guy Allen and Allen Interior Systems, Inc. because neither Guy Allen, Allen Interior Systems, nor any agent authorized to act on behalf of Guy Allen or Allen Interior Systems, Inc. entered into the Agreement to Indemnify which forms the sole basis for

1

Plaintiff's claims against Guy Allen and Allen Interior Systems, Inc.  In addition, the Plaintiff's claims against Guy Allen and Allen Interior Systems, Inc. are barred by the statute of frauds.

2.      The Affidavit of Guy Allen, dated November 11, 2005, and the Affidavit of Christine Cusack, dated November 1, 2005, are attached hereto and incorporated herein in support of this motion.

3.      A memorandum of law supporting Defendants' motion for summary judgment is filed herewith and incorporated herein.

4.      A Concise Statement of Material Facts in Support of Motion for Summary Judgment is filed herewith and incorporated herein.

5.      Counsel for Defendants Guy Allen and Allen Interior Systems, Inc. has conferred with counsel to the Plaintiff, but they have been unable to resolve or narrow the issues relevant to this motion.

WHEREFORE, Allen Interior Systems, Inc. and Guy Allen respectfully request that this court:

A.      Grant summary judgment in favor of Defendants Guy Allen and Allen Interior Systems, Inc.;

B.      Dismiss all claims as against Guy Allen and Allen Interior Systems, Inc.; and

C.      Grant such other and further relief as is just and proper.

Respectfully submitted,

ALLEN INTERIOR SYSTEMS, Inc. and
GUY ALLEN, Individually

By Their Attorneys,
D'AMANTE COUSER STEINER
PELLERIN, P.A.

Dated: 11/14/05                  ____/s/  Richard B. Couser_____
                                 Richard B. Couser (BBO: 645543)
                                 D'Amante Couser Steiner Pellerin, PA
                                 Nine Triangle Park Drive
                                 P.O. Box 2650
                                 Concord, NH 03302-2650
                                 (603)-224-6777

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have provided a copy of Defendants Allen Interior Systems, Inc. And Guy Allen's Motion for Summary Judgment to Jonathan C. Burwood, Esq., William S. Gannon, Esq., David W. Carr, Esq. and Grenville Clark, III, Esq.

Dated: 11/14/05                  ____/s/  Richard B. Couser_____
                                 Richard B. Couser (BBO: 645543)

3