UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | Civil Action No. 04-10756 (MEL) |
| v. | ) ) | |
| ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY, | ) ) ) ) | |
| Defendants, | ) ) | |
| ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN, | ) ) | |
| Counterclaimants, | ) ) | |
| v. | ) ) | |
| SERGE ROY, and DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, | ) ) | |
| Counterdefendants. | ) ) | |

**ASSENTED-TO MOTION REQUESTING EXTENSION OF TIME FOR GREAT AMERICAN TO FILE ITS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF ALLEN INTERIOR SYSTEMS, INC. AND GUY ALLEN**

Plaintiff Great American Insurance Company ("Great American") hereby moves the Court for a brief extension of time, through and including December 12, 2005, to file its opposition to the Motion for Summary Judgment filed by Defendants Allen Interior Systems, Inc. and Guy Allen (the "Allen Defendants") on or about November 14, 2005. Pursuant to Local Rule 7.1, Great American's opposition is presently due on or before November 28, 2005. Due to the intervening holiday weekend, and the litigation schedule of undersigned counsel in early December, Great American respectfully

requests a brief extension of time, through and including December 12, 2005, to file its response.

This is Great American's first request for an extension with respect to this matter. Moreover, counsel for the Allen Defendants assents to the relief requested herein.

WHEREFORE, Great American respectfully requests that this Honorable Court:

A. Grant Great American an extension of time, through and including December 12, 2005, to file its response to the Allen Defendants' Motion for Summary Judgment; and

B. Grant such other and further relief as justice may require.

Respectfully Submitted,
**GREAT AMERICAN INSURANCE COMPANY**
By its attorneys,

/s/ Jonathan C. Burwood

_____
Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
HINSHAW & CULBERTSON LLP
One International Place, Third Floor
Boston, MA 02116
(617) 213-7000

Date: November 29, 2005

-3-

## CERTIFICATE OF SERVICE

      I, Jonathan C. Burwood, BBO #643674, hereby certify that on this 29th day of November, 2005, I caused a true and accurate copy of this motion to be served via first class mail and/or electronic filing, postage prepaid, on the following counsel of record:

| | |
|---|---|
| William S. Gannon, Esq.<br>889 Elm Street<br>Manchester, NH 03101 | David W. Carr, Esq.<br>4 Newman Way<br>Arlington, MA 02174 |
| Richard B. Couser, Esq.<br>D'Amante Couser Steiner Pellerin, P.A.<br>Nine Triangle Park Drive<br>P.O. Box 2650<br>Concord, NH 03302-2650 | |

/s/ Jonathan C. Burwood

_____
Jonathan C. Burwood, BBO #643674
HINSHAW & CULBERTSON LLP
One International Place, Third Floor
Boston, MA 02116
(617) 213-7000

34015651v1 856557