UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>     Plaintiff,<br>v.<br><br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>     Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>     Counterclaimants,<br>v.<br><br>SERGE ROY, and DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS,<br>     Counterdefendants. | Civil Action No. 04-10756 (MEL) |

**ASSENTED-TO MOTION REQUESTING EXTENSION OF TIME FOR GREAT AMERICAN TO FILE ITS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF ALLEN INTERIOR SYSTEMS, INC. AND GUY ALLEN**

Plaintiff Great American Insurance Company ("Great American") hereby moves the Court for a two-day extension of time, through and including December 14, 2005, to file its opposition to the Motion for Summary Judgment filed by Defendants Allen Interior Systems, Inc. and Guy Allen (the "Allen Defendants"). Great American's opposition is presently due on or before December 12, 2005. Due to an unforeseen delay, Great American respectfully requests an additional two-day extension of time, through and including December 14, 2005, to file its opposition.

-2-

This is Great American's second request for an extension with respect to this matter. Counsel for the Allen Defendants assents to the relief requested herein.

WHEREFORE, Great American respectfully requests that this Honorable Court:

A.   Grant Great American an extension of time, through and including December 14, 2005, to file its opposition to the Allen Defendants' Motion for Summary Judgment; and

B.   Grant such other and further relief as justice may require.

<div style="margin-left: 3em;">
Respectfully Submitted,<br>
**GREAT AMERICAN**<br>
**INSURANCE COMPANY**<br>
By its attorneys,

/s/ Jonathan C. Burwood
_____

Bradford R. Carver, BBO #565396<br>
Jonathan C. Burwood, BBO #643674<br>
HINSHAW & CULBERTSON LLP<br>
One International Place, Third Floor<br>
Boston, MA 02116<br>
(617) 213-7000
</div>

Date:  December 12, 2005

-3-

## CERTIFICATE OF SERVICE

      I, Jonathan C. Burwood, BBO #643674, hereby certify that on this 12th day of December, 2005, I caused a true and accurate copy of this motion to be served via first class mail and/or electronic filing, postage prepaid, on the following counsel of record:

| | |
|---|---|
| William S. Gannon, Esq.<br>889 Elm Street<br>Manchester, NH 03101 | David W. Carr, Esq.<br>4 Newman Way<br>Arlington, MA 02174 |
| Richard B. Couser, Esq.<br>D'Amante Couser Steiner Pellerin, P.A.<br>Nine Triangle Park Drive<br>P.O. Box 2650<br>Concord, NH 03302-2650 | |

    /s/ Jonathan C. Burwood

    _____
    Jonathan C. Burwood, BBO #643674
    HINSHAW & CULBERTSON LLP
    One International Place, Third Floor
    Boston, MA 02116
    (617) 213-7000

34016143v1 856557