Guy Allen    3/3/04
Below bonding   May 2002

Serge Roy has no interest in
the business for 13-14 years.
Signed indemnity agreement for that
bond.
Did not know about the
indemnity agreement.
Was first bond he needed.

Norwood
Norwood NH    Serge Home
                Address

Guy does not know where the
equipment is located.
Does not have Serge Home
address.

Serge Roy
74 Lakeview Dr.
Nolington NH   03890