

# Allen Interior Systems, Inc.

511 BOROUGH ROAD
PEMBROKE, NH 03275
(603) 224-2404

E. Kirsch LLC
c/o Great American Insurance Co.
1045 Taylor Avenue
Suite 113
Baltimore, MD 21286
410-296-1891
410-296-1080 fax

Dear Ed,

Please find the following letter in regards to the conversation we had yesterday, February 26, 2004. In order for Allen Interior Systems to commence work on the Eastern Contractors and Harvey Construction projects Northern Interiors pulled off of, the following stipulations must be met.

1. The payroll for these projects must be met every week. Allen Interiors will send an invoice on Friday and the check must be received by us on the next Monday or Tuesday.

2. Allen Interiors must hire and additional project manager to oversee these projects.

3. All material and equipment will be requested for payment every month with a check available no more than one week later.

4. All invoices will include 5% profit and 10% overhead.

5. If agreed to, Guy Allen nor Allen Interior Systems will be held responsible for any further liability or law suit that might arise or have arisen for Northern Interior Systems having pulled off of these projects.

If this letter is agreed to by the end of today, February 26, 2004, Allen Interior Systems agrees to remobilize most of these project's personnel by Monday, March 1, 2004 or Tuesday, March 2, 2004.

Sincerely,

Guy Allen
President