12/12/2005 20:52 410-882-5886 E KIRSCH LLC PAGE 02

DEC-03-2003 WED 12:27 PM SKILLINGS SHAW & ASSOC FAX NO. 2078654411 P. 07/10

12/03/2003 WED 11:08 FAX 64: 0 Aspen Insurance @005/009

12/02/2003 TUE 12:37 FAX 6478330 Aspen Insurance @002/005

Case 1:04-cv-10756-MEL Document 49-5 Filed 12/14/2005 Page 1 of 4

000 347 0803

## PERSONAL FINANCIAL STATEMENT AS OF _____

SUBMITTED TO _____

### PERSONAL INFORMATION

| APPLICANT (NAME) | CO-APPLICANT (NAME) |
|---|---|
| Guy Allen | Employer |
| Employer<br>Allen Interior Systems | |
| Address of Employer | Address of Employer |
| Business Phone No.<br>224-2404 | No. of Years with Employer | Telephone | Business Phone No. | No. of Years with Employer | Telephone |

| Salary (Applicant) | | ANNUAL EXPENDITURES | AMOUNT $ |

Name Address _____

| SSN 224-1941 | 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 | Date of Birth 10/03/57 | Home Phone No. | Social Security No. | Date of Birth |
| Name, Phone No. of your Accountant<br>LeaAnn Lambari 974-461-0199 | | | | | |
| Rene Leclerc 603-668 0009 | | | | | |

Cash, Income & Expenditures Estimated for Year Ended 12/31/03 (Please omit cents)

| ANNUAL INCOME | AMOUNT $ | ANNUAL EXPENDITURES | AMOUNT $ |
|---|---|---|---|
| Salary (Applicant) | $59,000 | Federal Income and Other Taxes | $4264.00 |
| Salary (Co-Applicant) | | State Income and Other Taxes | |
| Bonuses & Commissions (Applicant) | | Rental Payment, Co-op, or Condo Maintenance | |
| Bonuses & Commissions (Co-applicant) | | Mortgage Payments | Residential 484.86 |
| Rental Income | | Property Taxes | Residential 3814.00 |
| Interest Income | | Interest & Principal Payments on Loans | truck 326.42 |
| Dividend Income | | Insurance | 2562.72 |
| Capital Gains | | Investments (Deducting tax shelters) | |
| Partnership Income | | Alimony/Child Support | none |
| Other Investment Income | | Tuition | none |
| Other Income (List) | | Other Living Expense | |
| | | Medical Expenses | |
| | | Other Expense (List) | |
| TOTAL INCOME ▶ | $59,000 | TOTAL EXPENDITURES ▶ | $10,698.90 |

Any significant changes expected in the next 12 months? ☐ Yes ☑ No (If yes, provide information).
** Income from alimony, child support, or separate maintenance income need not be revealed if the applicant or co-applicant does not wish to have it considered as a basis for repaying this obligation.



12/03/2003 WED 11:08 FAX 647   D Aspen Insurance                    ☒006/009

12/02/2003 TUE 12:37 FAX 6470330 Aspen Insurance                   ☒003/005

Balance Sheet as of 11/30/03

| ASSETS | AMOUNT ($) | LIABILITIES | AMOUNT ($) |
|---|---|---|---|
| Cash in this Bank (including money market accounts, CDs) | | Notes Payable to this Bank | X  X  X |
| | $ | Secured | $ |
| Cash in Other Financial Institutions (including money market accounts, CDs) | | Unsecured | |
| | | Notes Payable to Others (Schedule E) | X  X  X |
| | | Secured | |
| | | Unsecured | |
| | | Accounts Payable (including credit cards) | |
| Readily Marketable Securities (Schedule A) | | Margin Accounts | none |
| Non-Readily Marketable Securities (Schedule A) | | Notes Due: Partnership (Schedule D) | |
| Accounts and Notes Receivable | | Taxes Payable | |
| Cash Surrender Value of Life Insurance (Schedule D) | 27,650.00 | Mortgage Debt (Schedule C) | |
| Residential Real Estate (Schedule C) | | Life Insurance Loans (Schedule D) | none |
| Partnerships / LP Interests (Schedule D) | | Other Debt (Itemize) | none |
| Retirement / IRA Accounts (Schedule D) | | | |
| IRA, Keogh, Profit-Sharing or Other Retirement Accounts | 28,000.50 | | |
| Personal Property (including automobiles) texan | 16,000.00 | | |
| Other Assets (List) | | | |
| | | | |
| | | | |
| | | TOTAL LIABILITIES | |
| | | NET WORTH | |
| | $ | | $ |

| CONTINGENT LIABILITIES | YES | NO | AMOUNT |
|---|---|---|---|
| Are you a guarantor, co-maker, or endorser for any debt of an individual, corporation, or partnership? | ☐ | ☐ | $ |
| Do you have any outstanding letters of credit or surety bonds? | ☐ | ☑ | |
| Are there any suits or legal actions pending against you? | ☐ | ☑ | |
| Are you contingently liable on any lease or contract? | ☐ | ☑ | |
| Are any of your tax obligations past due? | ☐ | ☑ | |
| What would be your total estimated tax liability if you were to sell your major assets? | ☐ | ☑ | |
| If yes for any of the above, give details: | | | |

| Schedule A - All Securities (including Non-Readily market assets) (cont.) | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. of Shares / Value of Face | Description | Security | Market Value | Cost | Held By | Pledged | |
| | | | | | | Yes | No |
| Readily Marketable (include Co. ticket, country and exchange) | | | | | | ☐ | ☐ |
| | | | | | | ☐ | ☐ |
| | | | | | | ☐ | ☐ |
| Non-Readily Marketable (include type, who, when, restricted stock) | | | | | | ☐ | ☐ |
| | | | | | | ☐ | ☐ |
| | | | | | | ☐ | ☐ |

* If not enough space, attach a separate schedule or brokerage statement and other details only.

4/5

**Schedule D - Insurance**

Life Insurance (use additional sheet if necessary)

| Insurance Company | Face Amount of Policy | Type of Policy | Beneficiary | Cash Surrender Value | Amount of Premium | Ownership |
|---|---|---|---|---|---|---|
| TransAmerica | 146,000 | Life | Joanne Allen | 27,350⁰⁰ | None | Guy Allen |

| Disability Insurance | | | |
|---|---|---|---|
| Monthly Distribution If Disabled | | Applicant | Be Applicant |
| Number of Years Covered | | | |

**Schedule E - Personal Residence & Real Estate**

Personal Residence

| Complete Address | Legal Owner | Year | Price | Market Value | Present Loan Balance | Int. Rate | Loan Term | Monthly Payment | Lender | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5th Bourough Pembroke NH 03275 | Joanne Allen | 1994 | 76,500 | 80,000 | 23,000 | 7.4 | 2012 | 184.26 | S.N.Mays Bank | 5,808/ 27,192 |

Investment

| Property Address | Legal Owner | Year | Price | Market Value | Present Loan Balance | Int. Rate | Loan Term | Monthly Payment | Lender |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Schedule F - Partnership, Joint Venture, Sole Proprietorship (for real estate partnership)**

| Type of Investment | Total Cost of Investment | Debt | Current Value | Current Market Value | Balance Due on Partnership With Each Year | Total Appreciation |
|---|---|---|---|---|---|---|
| | | | | | | |

Note: For investments which represent a material portion of your total assets, please include the relevant financial statements or tax returns, or in the case of partnership investments or S-corporations, schedule K-1.

**Schedule K - Notes Payable**

| Due to | Type of Facility | Amount of Line | Secured Yes / No | Collateral | Interest Rate | Maturity | Total Monthly Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3/5

Please Answer The Following Questions:

1. _____    Are any amounts being audited or contested: ☐ Yes ☑ No

   If yes, what year(s)?  _____

2. Have (either of) you or any firm in which you were a major owner ever declared bankruptcy?  ☐ Yes ☑ No

   If yes, please provide details:  _____

3. Have you drawn a will?  ☐ Yes ☑ No

   If yes, please furnish the name of the executor(s) and year will was drawn:  _____

4. Number of dependents (excluding self) and relationship to applicant:  _Spouse_

5. Have you ever had a financial plan prepared for you?  ☐ Yes ☑ No

6. Did you include two years federal and state tax returns?  ☐ Yes ☑ No

7. _____

   If so, please indicate where, how much, and name of banker:  _____

8. Do you anticipate any substantial indebtedness?  ☐ Yes ☑ No

   If yes, please explain:  _____

**Representations and Warranties**

The information contained in this statement is provided to induce you to extend or to continue the extension of credit to the undersigned or to others upon the guarantee of the undersigned. The undersigned acknowledge and understand that you are relying on the information provided herein in deciding to grant or continue credit or to extend a guarantee thereof. Each of the undersigned represents, warrants and certifies that the information provided herein is true, correct and complete. Each of the undersigned agrees to notify you immediately and in writing of any change in name, address, or employment and of any material adverse change. (1) in any of the information contained in this statement or (2) in the financial condition of any of the undersigned or (3) in the ability of any of the undersigned to perform its (or their) obligations to you. In the absence of such notice or a new and full written statement, this should be considered as a continuing statement and substantially correct. If the undersigned fail to notify you as required above, or if any of the information herein should prove to be inaccurate or incomplete in any material respect, you may declare the indebtedness of the undersigned or the indebtedness guaranteed by the undersigned, as the case may be, immediately due and payable. You authorize us to make all inquiries you deem necessary to verify the accuracy of the information contained herein and to determine the creditworthiness of the undersigned. The undersigned authorize any person or consumer reporting agency to give you any information it may have on the undersigned. Each of the undersigned authorizes you to answer questions about your credit experience with the undersigned. As long as any obligation or guarantee of the undersigned to you is outstanding, the undersigned shall supply annually an updated financial statement. This personal financial statement and any other financial or other information that the undersigned give you shall be your property.

12/03/07                                          _[signature]_

Date

_____                                      _____
Title                                             Co-applicant's Signature (if not responsible
                                                  for personal indebtedness jointly)

                                                                                  5/5