

**ALLEN INTERIOR SYSTEMS, INC.**
511 BOROUGH ROAD
PEMBROKE, NH 03275
PH. (603) 224-2404

CITIZENS BANK NH
54-153-114

5445

12/23/2003

PAY TO THE ORDER OF  Island International                    $ ***47,700.00

Forty-Seven Thousand Seven Hundred and 00/100************************************  DOLLARS

Island International
4062-81 Grumman Boulevard
Calverton, NY 11933

MEMO

⑁005445⑁ ⑀011401533⑁: 330416446⑁

**ALLEN INTERIOR SYSTEMS, INC.**
Island International                                                                          12/23/2003        5445

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/23/2003 | Bill | | 47,700.00 | 47,700.00 | | 47,700.00 |
| | | | | | Check Amount | 47,700.00 |

1-2-04
Manchester Airport
RI03021E
#1082

Citizens Checking                                                                                       47,700.00

ISLAND INT'L INDUSTRIES INC.
VENDER ACCOUNT
4062 GRUMMAN BLVD., UNIT 81
CALVERTON, NY 11933

Fleet

DATE 1-2-04

CURRENCY
COIN
CHECKS  47,700.00
              1082

$ 47,700.00

$ 47,700.00

⑀5160⑁ 1345⑀: 94277 40885⑁

# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 1 PAGES

TO OWNER: STATELINE DRYWALL
722 E INDUSTRIAL
PARK DRIVE
MANCHESTER NH 03109

PROJECT: MANCHESTER, NH

APPLICATION NO.: 02
PERIOD TO: 9/30/2003
PROJECT NOS.: RI03021E
CONTRACT DATE: 7/23/2003

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐

FROM CONTRACTOR: ISLAND INTERNATIONAL INDUSTRIES, INC.

VIA ARCHITECT:

CONTRACT FOR: MANCHESTER AIRPORT

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ................................... $ 53,000.00
2. Net change by Change Orders .............................. $ .00
3. CONTRACT SUM TO DATE (Line 1 +/- 2) .................... $ 53,000.00
4. TOTAL COMPLETED & STORED TO DATE ....................... $ 53,000.00
   (Column G on G703)
5. RETAINAGE:
   a. 10 % of Completed Work
      (Columns D + E on G703)
   b. 10 % of Stored Material
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G-703) ............................ $ 5,300.00
6. TOTAL EARNED LESS RETAINAGE ............................ $ 47,700.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ................ $ .00
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE .................................... $ 47,700.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE ................ $ 5,300.00
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: ISLAND INTERNATIONAL INDUSTRIES, INC.

By: _____ Date: _____

State of:
County of:
Subscribed and sworn to before
me this       day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............ $
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703 (Instructions on reverse side)

APPLICATION NO.: 02
APPLICATION DATE: 9/30/2003
PERIOD TO: 9/30/2003
ARCHITECT'S PROJECT NO.: RI03021E

PAGE 1 OF 1 PAGES

| A ITEM NO | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 010 | SOFP | 53000 | 0 | 53000 | 0 | 53000 | 100 | 0 | 5300 |
| | *** GRAND TOTALS | *53,000* | *0* | *53,000* | *0* | *53,000* | *100* | *0* | *5,300* |

AIA DOCUMENT G703 - CONTINUATION SHEET FOR G702 - 1992 EDITION - AIA® - ©1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, NW, WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

G703-1992