UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Great American Insurance Company | ) | |
| | ) | |
| Plaintiff | ) | Docket No:   04-10756(MEL) |
| | ) | |
| vs. | ) | |
| | ) | |
| Allen Interior Systems, Inc., DRN, Inc. | ) | |
| d/b/a Northern Interior Systems, | ) | |
| Guy Allen and Serge Roy | ) | |
| | ) | |

**ASSENTED-TO MOTION TO ALLOW DEFENDANTS GUY ALLEN AND ALLEN INTERIOR SYSTEMS, INC. TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

NOW COMES, Allen Interior Systems, Inc. and Guy Allen (collectively, the "Allen Defendants") and move this Honorable Court to allow them to file a reply brief to Plaintiff Great American Insurance Company's Opposition to Motion for Summary Judgment of Defendants Allen Interior Systems, Inc. And Guy Allen (Document 47) ("Plaintiff's Objection"), saying further as follows:

1. On, November 14, 2005, the Allen Defendants filed a Motion for Summary Judgment (Document 40). On December 14, 2005, Plaintiff filed its objection thereto (Document 47).

2. Plaintiff's Objection contains some factual arguments which the Allen Defendants did not anticipate in their original motion. As a result, the Allen Defendants wish to file a reply brief to address these issues. The Reply Brief is submitted herewith.

1

3. This request will not delay any scheduled court hearings or other scheduled dates.

4. Plaintiff, through counsel, has given its assent to this motion.

5. No supporting documents are filed herewith because Plaintiff has given its assent hereto and the factual basis for the motion is contained herein.

WHEREFORE, Defendants Guy Allen and Allen Interior Systems, Inc., respectfully request that this Honorable Court:

A. Grant this motion to allow the filing of a reply brief; and

B. Grant such other and further relief as may be just and equitable.

Respectfully Submitted,

Allen Interior Systems, Inc.
And Guy Allen

By their attorneys,
D'AMANTE COUSER STEINER
PELLERIN, P.A.

Dated: January 6, 2006        /s/ Richard B. Couser
Richard B. Couser, Esq. (BBO: 645543)
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603)-224-6777
(603)-224-6696 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have forwarded a copy of the Assented-to Motion to Allow Defendants Guy Allen and Allen Interior Systems, Inc. to File Reply to Plaintiff's Opposition to Motion for Summary Judgment electronically to Jonathan C. Burwood, Esq.; and Bradford R. Carver, Esq. and via First Class Mail to William S. Gannon, Esq.; and David W. Carr, Esq.

Dated: January 6, 2006        /s/ Richard B. Couser
Richard B. Couser, Esq. (BBO: 645543)