## E N D O R S E M E N T

GREAT AMERICAN INSURANCE CO. v. ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, and GUY ALLEN
04-CV-10756-MEL

LASKER, D.J.

     Defendants Allen Interior Systems, Inc. and Guy Allen (collectively, "Defendants") move for summary judgment against plaintiff Great American Insurance Company.  The motion is DENIED.

     Genuine questions of material fact remain in dispute with respect to the execution of the indemnity agreement.  Even if Guy Allen's signature on the indemnity agreement is a facsimile stamp, it remains unclear whether Allen or another individual authorized to use the stamp employed it for this purpose.  The record does not decisively demonstrate what authority Serge Roy or other employees possessed to execute documents on behalf of the Defendants.

     Moreover, questions of material fact remain with regard to the Defendants' knowledge of their indemnity obligation.  There is evidence that Allen made statements to the effect that he executed the indemnity agreement to obtain a bond from Great American.  The issuance of several bonds by Great American on behalf of the Defendants shortly after the execution of the indemnity agreement, as well as Allen's offer to complete the remaining work on the bonded projects abandoned by co-defendant Northern, also raise questions about the timing of the Defendants' knowledge of their indemnity obligation.

     The depositions of Serge Roy and Brenda Smith might assist in resolving some of these disputed issues.  At present, however, the motion for summary judgment is DENIED.

     It is so ordered.


Dated:     January 18, 2006
          Boston, Massachusetts     /s/ Morris E. Lasker
                                         U.S.D.J.