## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>　　　　Plaintiff,<br>v.<br><br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>　　　　Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>　　　　Counterclaimants,<br>v.<br><br>SERGE ROY, and DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS,<br>　　　　Counterdefendants. | Civil Action No. 04-10756 (MEL) |

### NOTICE OF TAKING DEPOSITION OF SERGE ROY

TO:　William S. Gannon, Esq.
　　　889 Elm Street
　　　Manchester, NH 03101

Please take notice that at **10:00 a.m.** on **February 9, 2006** at the offices of **Hinshaw & Culbertson LLP, One International Place, 3rd Floor, Boston, MA 02110**, the Plaintiff, Great American Insurance Company, by its attorneys, will take the deposition upon oral examination of Defendant **Serge Roy**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public or some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completion. You are invited to attend and cross-examine.

Respectfully Submitted,
GREAT AMERICAN INSURANCE COMPANY
By its attorneys,

_____
Bradford R. Carver, BBO #565396
Jonathan Burwood, BBO #643674
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02210
(617) 213-7000
Fax: (617) 213-7001

Date:   January 24, 2006

## CERTIFICATE OF SERVICE

I, Jonathan C. Burwood, hereby certify that on this 24th day of January, 2006, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, on the following counsel of record:

Richard B. Couser, Esq.
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

William Gannon, Esq.
889 Elm Street
Manchester, NH 03101

David W. Carr, Esq.
4 Newman Way
Arlington, MA 02174

_____
Jonathan C. Burwood, BBO #643674

34017057v1 856557