**E N D O R S E M E N T**

GREAT AMERICAN INSURANCE COMPANY v. ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY
04-CV-10756-MEL

LASKER, D.J.

Defendants Allen Interior Systems, Inc. ("AIS") and Guy Allen ("Allen") move to quash notices of deposition served with respect to the depositions of Guy Allen and Serge Roy ("Roy"). Plaintiff Great American Insurance Company ("Great American") opposes the motion and moves for leave to modify the pretrial schedule in order to conduct the depositions of Allen and Roy as well as non-party witness Brenda Smith ("Smith").

Pursuant to the pretrial schedule adopted by the Court, non-expert discovery, including depositions, was to be completed by March 15, 2005. Great American noticed the depositions of Allen and Roy on January 24, 2006 and of Smith on February 10, 2006. The Defendants therefore argue that to permit such depositions after the discovery deadline's expiration unnecessarily lengthens the discovery process; that Great American never sought an extension of the discovery schedule; and that Great American has shown no good cause for noticing depositions nearly one year after discovery closed.

While the Defendants' arguments have merit, I agree with Great American that the depositions of these three individuals may assist in disposing of this case. In denying earlier motions for summary judgment, I specifically stated that disputed questions of fact regarding Allen's execution and knowledge of the indemnity agreement at issue might be resolved through the depositions of Roy and Smith. I continue to believe that these three depositions may assist both the parties and the Court in narrowing the remaining issues for trial and efficiently disposing of the case. Moreover, as no trial date has yet been set, the parties will not be prejudiced by allowing such depositions to proceed. Accordingly, I find that the requirements of a good cause showing pursuant to Fed. R. Civ. P. 16(b) and L.R. 16.1(g) have been met.

The Defendants' motion to quash the notices of deposition is DENIED, and Great American's motion for leave to modify the pretrial schedule to take the Allen, Roy, and Smith depositions is GRANTED.

It is so ordered.


Dated:     February 15, 2006
           Boston, Massachusetts     /s/ Morris E. Lasker
                                          U.S.D.J.