# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

AMERICAN INSURANCE CO.
        Plaintiff

V.

ALLEN INTERIOR SYSTEMS, INC., et al
        Defendant

CIVIL ACTION

NO.   04-10756-MEL

## SETTLEMENT ORDER OF DISMISSAL

**LASKER, S.D.J.**

The Court having been advised on   November 21, 2006   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                          By the Court,

 November 21, 2006             /s/ George H. Howarth 
     Date                             Deputy Clerk