UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>　　　　Plaintiff,<br>v.<br>ALLEN INTERIOR SYSTEMS, INC., DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS, GUY ALLEN, and SERGE ROY,<br>　　　　Defendants,<br><br>ALLEN INTERIOR SYSTEMS, INC., and GUY ALLEN,<br>　　　　Cross Claimants,<br>v.<br>SERGE ROY, and DRN, INC. d/b/a NORTHERN INTERIOR SYSTEMS,<br>　　　　Cross Defendants. | Civil Action No. 04-10756 (MEL) |

**JOINT MOTION OF GREAT AMERICAN INSURANCE COMPANY, ALLEN INTERIOR SYSTEMS, INC. AND GUY ALLEN REQUESTING STAY OF PROCEEDINGS AGAINST SERGE ROY AND DRN, INC. AND DISMISSAL WITH PREJUDICE OF ALLEN INTERIOR SYSTEMS, INC. AND GUY ALLEN**

Plaintiff Great American Insurance Company ("Great American") and Defendants Allen Interior Systems, Inc. and Guy Allen (collectively, the "Allen Defendants") hereby respectfully request that the Court: (1) stay all pending claims and cross-claims against Defendants Serge Roy ("Roy") and DRN, Inc. d/b/a Northern Interior Systems ("DRN") until the pending bankruptcy proceedings of Roy and DRN are resolved; and (2) dismiss with prejudice Great American's claims against the Allen Defendants. In support of this motion, Great American and the Allen Defendants state as follows:

34028492v1 856557

1. Great American initiated this action on or about April 14, 2004 against the Allen Defendants, Roy and DRN.

2. On July 14, 2004, the Allen Defendants answered Great American's complaint and filed a cross-claim against Roy and DRN.[1]

3. On July 27, 2004, Roy answered Great American's complaint as well as the Allen Defendants' cross-claim.

4. On October 8, 2004, DRN filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court – District of New Hampshire in docket number 04-13594-MWV (the "DRN Bankruptcy"). The DRN Bankruptcy remains pending to this date.

5. On October 14, 2004, DRN filed a Suggestion of Bankruptcy in this proceeding. Copy attached as Exhibit A. In response, this Court entered a stay as to all proceedings against DRN on October 25, 2004.

6. On July 18, 2005, Great American filed a Motion for Summary Judgment in this proceeding against Roy.

7. On September 16, 2005, the Court granted Great American's Motion for Summary Judgment against Roy. Copy attached as Exhibit B.

8. On May 12, 2006, Roy filed a Canadian bankruptcy petition in the District of Quebec, Division No. 04-St-Francois, Estate No. 42-868719 (the "Roy Bankruptcy"). The Roy Bankruptcy remains pending to this date.

9. On or about November 20, 2006, Great American and the Allen Defendants entered into a Settlement Agreement resolving Great American's claims against the Allen

---

[1] The Allen Defendants amended their answer and cross-claim on or about October 4, 2004.

Defendants. As part of the Settlement Agreement, Great American agreed to dismiss all claims pending in this action against the Allen Defendants with prejudice.

10. With the settlement, all claims between Great American and the Allen Defendants are resolved. Nonetheless, the following claims remain pending, yet are stayed as a result of the DRN Bankruptcy and the Roy Bankruptcy:

    (a) Great American's claims against Roy and DRN; and

    (b) the Allen Defendants' cross-claims against Roy and DRN.

11. Neither Great American nor the Allen Defendants are in a position to proceed against either Roy or DRN as a result of the pending bankruptcy proceedings.

12. Nonetheless, neither Great American nor the Allen Defendants are in a position to dismiss their claims against either Roy or DRN until such claims are discharged through the pending bankruptcy proceedings.

13. As such, Great American and the Allen Defendants hereby respectfully request that this Court stay those claims until such time as the Roy and DRN bankruptcy proceedings are resolved, either through discharge or dismissal. Upon receiving notice of such discharge or dismissal, Great American and the Allen Defendants will file an appropriate request with this Court for the disposition of the stayed claims.

14. Great American and the Allen Defendants nonetheless hereby request that Great American's claims against the Allen Defendants be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

34028492v1 856557

WHEREFORE, Great American and the Allen Defendants respectfully request that this Honorable Court:

A. Enter an order staying all claims and cross-claims against Defendants Serge Roy and DRN, Inc. d/b/a Northern Interior Systems until such time as their respective bankruptcy proceedings are resolved;

B. Enter an order dismissing with prejudice Great American's claims against Allen Interior Systems, Inc. and Guy Allen; and

C. Grant such other and further relief as justice may require.

Respectfully Submitted,
**Great American Insurance Company,**
By its attorneys,

/s/ Jonathan C. Burwood
_____

Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
HINSHAW & CULBERTSON LLP
One International Place, Third Floor
Boston, MA 02116
(617) 213-7000


Respectfully submitted,
**Allen Interior Systems, Inc. and Guy Allen,**
By their attorneys,

/s/ Richard B. Couser
_____

Richard B. Couser, BBO #645543
D'Amante Couser Steiner Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650

Date: March 5, 2007

4

LOCAL RULE 7.1 CERTIFICATES:

I, Jonathan C. Burwood, hereby certify that I have consulted with opposing counsel with respect to this motion in a good faith effort to resolve or narrow the issues.

/s/ Jonathan C. Burwood
_____
Jonathan C. Burwood, BBO #643674


I, Richard B. Couser, hereby certify that I have consulted with opposing counsel with respect to this motion in a good faith effort to resolve or narrow the issues.

/s/ Richard B. Couser
_____
Richard B. Couser, BBO #645543


CERTIFICATE OF SERVICE

I, Jonathan C. Burwood, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 5, 2007.

/s/ Jonathan C. Burwood
Jonathan C. Burwood, BBO #643674

34028492v1 856557