# EXHIBIT A

# UNITED STATES DISTRICT COURT
## for the District of Massachusetts

```
Great American Insurance Company    )
                  Plaintiff         )
                                    )    Civil Action No. 04-10756 MEL
vs.                                 )
                                    )
Allen Interior Systems, Inc.,       )
DRN, Inc. d/b/a Northern Interior   )
Systems, Guy Allen and Serge Roy    )
                  Defendants        )
                                    )
Allen Interior Systems, Inc.        )
                  Counterclaimants  )
                                    )
vs.                                 )
                                    )
Serge Roy and DRN, Inc. d/b/a       )
Northern Interior Systems           )
                  Counterdefendants )
```

## DEFENDANT'S SUGGESTION OF BANKRUPTCY

DRN, Inc., a defendant in the above-entitled action, respectfully suggests that any and all proceedings in the above action against it are stayed by reason of 11 U.S.C. 362(a) on account of its filing of a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Hampshire on October 8, 2004, Docket No. 04-13594-MWV, listing on its schedules in that proceeding, as indicated by the attached copy of the relevant pages of the debtor's matrix, Great American Insurance Company, as a creditor.

                                  Respectfully submitted,
                                  DRN, Inc.
                                  By Its Attorneys
                                  Gray Wendell & Clark P.C.

October 12, 2004          By: _____
                                  Grenville Clark III
                                  650 Elm Street
                                  Manchester, NH 03101
                                  603-625-4100

**CERTIFICATION**

     I hereby certify that a copy of the foregoing is being forwarded this 12th day of October 2004, via first class mail, postage prepaid, to

Jonathan C. Burwood, Esq.
Cetrulo & Capone, LLP
2 Seaport Lane, 10th Floor
Boston, MA 02110

Richard B. Couser, Esq.
D'Amante Couser Steiner Pelelrin, P.A.
P.O. Box 2650
Concord, NH 03302-2650

David W. Carr, Esq.
4 Newman Way
Arlington, MA 02174

William S. Gannon, Esq.
889 Elm Street, 4th Floor
Manchester, NH 03101

                                            _____
                                            Grenville Clark III

Grappone Toyota
514 State Route 3A
Bow, NH  03304


Great American Insurance Company
580 Walnut Street
Cincinnati, OH 45202


Harmon AutoGlass
4000 Olson Memorial Hwy, Suite 600
Minneapolis, MN  55422


Healthcare Value Management
100 River Ridge Drive, Suite 111
Norwood, MA 02062


Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA  15250-8002


Home Depot Credit Services
P.O. Box 8075
Layton, UT  84041-0000


Internal Revenue Service
P.O. Box 57
Bensalem, PA  19020-8514


Jay M. Niederman, Esq.
55 W. Webster Street
Manchester, NH 03104


Jonathan Burwood, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210


Kamco Supply Corp.
P.O. Box 2489
Woburn, MA 01888