# EXHIBIT B

# E N D O R S E M E N T

GREAT AMERICAN INS. CO. v. ALLEN INTERIOR SYSTEMS, INC.; DRN INC. d/b/a NORTHERN INTERIOR SYSTEMS; GUY ALLEN; and SERGE ROY
04-CV-10756-MEL

LASKER, D.J.

    Great American Insurance Company ("Great American") moves for summary judgment against defendant indemnitor Serge Roy ("Roy").

    It is undisputed that Roy signed the indemnity agreement promising to indemnify Great American for any and all losses incurred as a result of issuing surety bonds on behalf of its principals. Great American has demonstrated that it sustained losses for payments made in good faith to discharge its principals' obligations. Roy has failed or refused to reimburse Great American for its losses, in violation of the terms of the indemnity agreement. Moreover, Roy has not opposed the motion for summary judgment against him.

    Accordingly, Great American's motion for summary judgment against Serge Roy is GRANTED.

    It is so ordered.


Dated:    September 16, 2005
           Boston, Massachusetts    __/s/ Morris E. Lasker__
                                                      U.S.D.J.